IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**JANE DOE 130**,

        Plaintiff,

    v.

**THE ARCHDIOCESE OF PORTLAND IN OREGON**, **THE ROMAN CATHOLIC ARCHBISHOP OF PORTLAND IN OREGON**, **and FR. J.V.H.**,

        Defendants.

No. CV 08-193-PK

OPINION & ORDER

**MOSMAN, J.**,

      On April 8, 2010, Magistrate Judge Papak issued Findings and Recommendation ("F&R") (#82) in the above-captioned case recommending that I DENY plaintiff's Motion to Compel (#44), DISMISS plaintiff's claim of misrepresentation, DENY AS MOOT defendants' Motion to Dismiss (#52) as to Jane's misrepresentation claim, DENY the remainder of the Motion to Dismiss (#52), and GRANT IN PART AND DENY IN PART defendants' Motion for Judicial Notice (#54). No objections were filed.

## DISCUSSION

      The magistrate judge makes only recommendations to the court, to which any party may

PAGE 1 - OPINION & ORDER

file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination of those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any of the magistrate judge's F&R. 28 U.S.C. § 636(b)(1)(C).

  Upon review, I agree with Judge Papak's recommendation, and I ADOPT the F&R (#82) as my own opinion. Plaintiff's Motion to Compel (#44) is DENIED. Plaintiff's claim of misrepresentation is DISMISSED without prejudice. Defendants' Motion to Dismiss (#52) is DENIED AS MOOT with respect to the misrepresentation claim and otherwise DENIED. Defendants' Motion for Judicial Notice (#54) is GRANTED IN PART AND DENIED IN PART as described in Judge Papak's F&R.

IT IS SO ORDERED.

  DATED this  4th  day of May, 2010.

                /s/ Michael W. Mosman
                MICHAEL W. MOSMAN
                United States District Court